IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of a class of similarly situated individuals, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:21-cv-01579 |
| NORTHWESTERN UNIVERSITY, ) ) | Hon. Joan H. Lefkow |
| Defendant. ) | |

**DEFENDANT NORTHWESTERN UNIVERSITY'S**
**MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(b)(6)**

Defendant Northwestern University ("Northwestern") respectfully moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the entry of an Order dismissing Plaintiff Jane Doe's complaint (Dkt. 1-1) in its entirety and with prejudice. Northwestern is submitting herewith a Memorandum in support of this motion.

Dated: April 23, 2021
Respectfully submitted,

NORTHWESTERN UNIVERSITY

By: */s/ David C. Layden*
One of its attorneys

Reid J. Schar
David C. Layden
Elena M. Olivieri
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
RSchar@jenner.com
DLayden@jenner.com
EOlivieri@jenner.com

## **CERTIFICATE OF SERVICE**

I certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*