IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of a class of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:21-cv-01579 ) |
| NORTHWESTERN UNIVERSITY, | ) Hon. Joan H. Lefkow ) |
| Defendant. | ) |

### DEFENDANT NORTHWESTERN UNIVERSITY'S
### MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY

Defendant Northwestern University ("Northwestern"), pursuant to the Court's Case Procedures, respectfully moves the Court for the entry of an Order granting Northwestern leave to cite, as additional authority pertaining to Northwestern's Motion to Dismiss (Dkt 15), the November 19, 2021 Order granting Defendant Elmhurst University's motion to dismiss under 735 ILCS 5/2-619 in *Jane Doe v. Elmhurst University,* 2020-L-001400 (Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois) (attached as Exhibit 1), and the transcript of the November 18, 2021 hearing on the motion (attached as Exhibit 2).

Dated: November 30, 2021

Respectfully submitted,

NORTHWESTERN UNIVERSITY

By: */s/ David C. Layden*
      One of its attorneys

Reid J. Schar
David C. Layden
Elena M. Olivieri
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
RSchar@jenner.com
DLayden@jenner.com
EOlivieri@jenner.com

## **CERTIFICATE OF SERVICE**

I certify that on November 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*