# **EXHIBIT 1**

UNITED STATES OF AMERICA

STATE OF ILLINOIS — COUNTY OF DU PAGE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

JANE DOE
    Plaintiff

-VS-

ELMHURST UNIVERSITY
    Defendant

2020L001400
CASE NUMBER

**FILED**
21 Nov 19   PM 12: 40

*Candice Adams*
CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

**ORDER**

This cause coming to be heard on Defendant Elmhurst University's ("Elmhurst") Section 2-619 Motion to Dismiss (the "Motion"), due notice having been given and the Court being fully advised in the premises, and for the reasons stated on the record and reflected in the transcript, THE COURT HEREBY HOLDS THAT**:**

1. Elmhurst is a "financial institution" as that term is used in Section 14/25(c) of the Illinois Biometric Information Privacy Act ("BIPA") and is therefore exempt from BIPA.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;
2. Plaintiff's Complaint is hereby dismissed with prejudice; and
3. There being no claims remaining, this is a final and appealable order pursuant to Illinois Supreme Court Rule 303.

Submitted by: CHRISTOPHER ALLEN
Attorney Firm: MCDONALD HOPKINS LLC
DuPage Attorney Number: 21532
Attorney for: DEFENDANT ELMHURST UNIVERSITY
Address: 300 N. LASALLE STREET, SUITE 1400
City/State/Zip: CHICAGO, IL, 60654
Phone number: 312-642-6103
Email : callen@mcdonaldhopkins.com

Entered: *[signature]*   File Date: 11/19/2021
JUDGE BRYAN CHAPMAN
Validation ID : DP-11192021-1240-24532

Date: 11/19/2021